Yoon O. Ham SBN 244121
Michael R. Lewis SBN 247934
Burke, Lewis & Ham LLP
222 N. Mountain Avenue, Suite 204
Upland, CA 91786
Telephone: (909) 946-5370
Facsimile: (909) 946-5380

Attorneys for Defendant/Debtor
JOHN ROBERT SHOFFNER

FILED & ENTERED

NOV 13 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY myoung   DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RIVERSIDE DIVISION

In re:

JOHN ROBERT SHOFFNER,

    Debtor.

_____

MEDIA LAB, INC. a California corporation,

    Plaintiff,

  vs.

JOHN ROBERT SHOFFNER,
    Defendant.
_____

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 6:08-bk-21023-PC
Adv. Case No.: 6:08-ap-01406-PC
Chapter 7

**ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND DEFENDANT'S CROSS MOTION FOR SUMMARY JUDGMENT**

Status Conference/Motion for Summary Judgment
Date: October 23, 2009
Time: 9:30 a.m.
Place: Courtroom 304
    U.S. Bankruptcy Court
    3420 12th Street
    Riverside CA 92501

At the date and time listed above, a Status Conference and Motions for Summary judgment was held in the above-referenced adversary proceeding, the Honorable Peter Carrol presiding. Jeffrey M. Rosenfeld of Kronenberger Burgoyne, LLP, appeared on behalf of plaintiff Media Lab, Inc. Michael R. Lewis of Burke, Lewis & Ham, LLP appeared on behalf of

-1-

defendant John Robert Shoffner. After consideration of the Motions for Summary Judgment filed and argued by both parties,

**IT IS HEREBY ORDERED** that the following shall apply to this proceeding:

1. Plaintiff's Motion for Summary Judgment is denied without prejudice;
2. Defendant's Cross-Motion for Summary Judgment is denied without prejudice;
3. Plaintiff is granted leave to file and serve a First Amended Complaint no later than November 30, 2009;
4. Defendant shall file and serve an answer or other responsive pleading no later than 21 days after service of plaintiff's first amended complaint;
5. A further Status Conference is set for February 2, 2010 at 9:30 a.m.

Presented by:

Burke, Lewis & Ham LLP

By: /s/ Michael R. Lewis
Attorneys for John Robert Shoffner

###

DATED: November 13, 2009

_____
United States Bankruptcy Judge

# United States Bankruptcy Court
### Central District of California

In re **John Robert Shoffner**

Case No. **6:08-bk-21023-PC**
**6:09-ap-01406-PC**

Chapter **7**

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**222 N. Mountain Avenue, Suite 204, Upland, CA  91786-5714**

The foregoing document described **SCHEDULING ORDER** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**USPS First Class Mail**

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **SCHEDULING ORDER** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**See Attached Page**

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

1  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

2  | **November 9, 2009** | **Yoon O. Ham** | **/s/ Yoon O. Ham** |
   |---|---|---|
   | *Date* | *Type Name* | *Signature* |

3  **ADDITIONAL SERVICE INFORMATION (if needed):**

HENRY M. BURGOYNE, ESQ.            JEFFREY M. ROSENFILD, ESQ.
KRONEBERGER BURGOYNE, LLP          KRONEBERGER BURGOYNE, LLP
150 POST STREET, SUITE 520         150 POST STREET, SUITE 520
SAN FRANCISCO, CA  94108           SAN FRANCISCO, CA  94108

MARGARITA CALPOTURA, ESQ.          MEDIA LAB, INC.
KRONEBERGER BURGOYNE, LLP          419 AVENIDA ARLENA
150 POST STREET, SUITE 520         SAN CLEMENTE, CA  92672
SAN FRANCISCO, CA  94108

STEVEN M. SPEIER, TRUSTEE          UNITED STATES TRUSTEE'S OFFICE
3403 TENTH STREET, SUITE 742       3685 MAIN STREET, SUITE 300
RIVERSIDE, CA  92501               RIVERSIDE, CA  92501

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled *(specify)* **ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND DEFENDANT'S CROSS MOTION FOR SUMMARY JUDGMENT** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **November 12, 2009**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Yoon O Ham    hamy@burkelewisham.com
- Michael R Lewis    mlewis@burkelewisham.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

HENRY M. BURGOYNE, ESQ.  
KRONEBERGER BURGOYNE, LLP  
150 POST STREET, SUITE 520  
SAN FRANCISCO, CA  94108

JEFFREY M. ROSENFILD, ESQ.  
KRONEBERGER BURGOYNE, LLP  
150 POST STREET, SUITE 520  
SAN FRANCISCO, CA  94108

MARGARITA CALPOTURA, ESQ.  
KRONEBERGER BURGOYNE, LLP  
150 POST STREET, SUITE 520  
SAN FRANCISCO, CA  94108

MEDIA LAB, INC.  
419 AVENIDA ARLENA  
SAN CLEMENTE, CA  92672

STEVEN M. SPEIER, TRUSTEE  
3403 TENTH STREET, SUITE 742  
RIVERSIDE, CA  92501

UNITED STATES TRUSTEE'S OFFICE  
3685 MAIN STREET, SUITE 300  
RIVERSIDE, CA  92501