# United States Bankruptcy Court
# Central District of California

### Riverside
### Judge Peter Carroll, Presiding
### Courtroom 304 Calendar

Wednesday, May 26, 2010          Hearing Room 304

9:00 am

**6:08-21023  John Robert Shoffner**          Chapter 7

Adv#: 6:08-01406  Media Lab Inc v. Shoffner

#1.00  TRIAL re: complaint for non-dischargability of debt

EH_____

Docket #:  1

*** VACATED ***  REASON: Cont. to 5/27/10 @ 9:00 a.m. - jc

Party Information

**Debtor(s):**
John Robert Shoffner      Represented By
     Yoon O Ham

**Defendant(s):**
John Robert Shoffner

**Plaintiff(s):**
Media Lab Inc      Represented By
     Margarita Calpotura
     Henry M Burgoyne
     Jeffrey M Rosenfeld

**Trustee(s):**
Steven M Speier      Represented By
     Steven M Speier

**U.S. Trustee(s):**
United States Trustee (RS)