**ORIGINAL**

# United States Bankruptcy Court
# Central District of California

Riverside

Judge Peter Carroll, Presiding

Courtroom 304 Calendar

---

**Thursday, May 27, 2010**                                   **Hearing Room  304**

---

<u>9:00 am</u>

**6:08-21023    John Robert Shoffner**                          **Chapter 7**

Adv#: 6:08-01406    Media Lab Inc v. Shoffner

   **#1.00**    TRIAL re: complaint for non-dischargability of debt

(Cont. from 5/26/10)

*[handwritten: MICHAEL R. LEWIS - REP - DEFENDANT]*

EH_____

Docket #:    1

*[handwritten: Henry M. BURGOYNE - REP CREDITOR]*

**Matter Notes:**

(  ) **Continuance.** Status Conference is continued to 10:00 a.m. on
_____.

(  ) **Scheduling Order.**

   a.  Discovery - Fact: _____

   b.  Disclosure of Expert Witnesses:

      1. Plaintiff: _____

      2. Defendant: _____

   c.  Discovery - Expert Testimony: _____

   d.  Pre-Trial Conference: 9:30 a.m. on _____

(  ) **Order Setting Trial Date.**  Trial shall commence at 9:00 a.m. on
_____.

(  ) **Order to Show Cause re: Dismissal.**

(  ) **Off Calendar.**

---

# United States Bankruptcy Court
## Central District of California
### Riverside
### Judge Peter Carroll, Presiding
### Courtroom 304 Calendar

**Thursday, May 27, 2010**                                                          **Hearing Room 304**

**9:00 am**

**Cont....**    **John Robert Shoffner**                                                          **Chapter 7**

(X) Other — Judgment for Plaintiff.

Party Information

**Debtor(s):**
John Robert Shoffner                                    Represented By
                                                        Yoon O Ham

**Defendant(s):**
John Robert Shoffner

**Plaintiff(s):**
Media Lab Inc                                           Represented By
                                                        Margarita Calpotura
                                                        Henry M Burgoyne
                                                        Jeffrey M Rosenfeld

**Trustee(s):**
Steven M Speier                                         Represented By
                                                        Steven M Speier

**U.S. Trustee(s):**
United States Trustee (RS)