```
FILED
JUL 31 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                  Deputy Clerk
```

```
ENTERED
AUG - 2 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                  Deputy Clerk
```

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No. 6:08-bk-21023-PC |
| JOHN ROBERT SHOFFNER, | Adversary No. 6:08-ap-01406-PC |
| Debtor. | Chapter 7 |
| MEDIA LAB, INC., | |
| Plaintiff, | **JUDGMENT** |
| v. | Date: May 27, 2009 |
| JOHN ROBERT SHOFFNER, | Time: 9:00 a.m. |
| Defendant. | Place: U.S. Bankruptcy Court<br>3420 Twelfth Street, Ctrm. # 304<br>Riverside, CA 92501 |

At the above captioned date and time, this action came on for trial before the court. Appearances were entered on the record. The issues having been duly tried, and based upon the findings of fact and conclusions of law stated orally and recorded in open court following the close of evidence pursuant to F.R.Civ.P. 52(a), as incorporated into FRBP 7052, it is hereby

ORDERED, ADJUDGED and DECREED that Defendant's debt to Plaintiff evidenced by the judgment entered in Case No. GC034866, styled <u>Shoffner v. Media Lab, Inc.</u>, in the Superior Court of California, County of Los Angeles, on November 1, 2006, is nondischargeable in the amount of $100,000, plus attorneys fees and costs of $43,681.38, together with interest thereon from November 1, 2006, until paid pursuant to 11 U.S.C. § 523(a)(6).

All other relief requested is hereby denied.

Dated: July 31, 2010.

PETER H. CARROLL
United States Bankruptcy Judge

| In re: | CHAPTER: |
|---|---|
| Debtor(s). | CASE NUMBER: |

### NOTE TO USERS OF THIS FORM:

1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) __JUDGMENT__ was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of__ 8/2/10 __, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Yoon O Ham    hamy@burkelewisham.com
- Michael R Lewis    mlewis@lewishamlaw.com
- Steven M Speier    Sspeier@Squarmilner.com, ca85@ecfcbis.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☒ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                    F 9021-1.1

| In re: | | CHAPTER: |
|---|---|---|
| | Debtor(s). | CASE NUMBER: |

**ADDITIONAL SERVICE INFORMATION** (if needed):

Henry M Burgoyne
Margarita Calpotura
Jeffrey M Rosenfeld
150 Post St Ste 520
San Francisco, CA 94108

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9021-1.1**